## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO.  CR-17-00293-001-HE |
| | ) | |
| GREGORY GARNETT GORDON, | ) | |
| a/k/a Money, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>PRELIMINARY ORDER OF FORFEITURE</u>

This cause came before the Court on the United States' Motion for a Preliminary Order of Forfeiture (Doc. No. 22), the Court finds:

As a result of the Defendant's guilty plea to a One-Count Indictment filed December 13, 2017, for which the United States sought forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), Defendant Gregory Garnett Gordon shall forfeit to the United States any firearms involved in the commission of the offense, including but not limited to the following:

      a.     Sig Sauer model SP2022, 9mm semi-automatic handgun, bearing serial number 24B350020; and

      b.     Any and all magazines and ammunition not otherwise specified.

The Court has determined, based on Defendant's plea, that the property described above is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d), and

Title 28, United States Code, Section 2461(c), and that the United States has established

the requisite nexus between such property and the offense.

Upon entry of this Order, the United States is authorized to seize the listed property

in accordance with Federal Rule Criminal Procedure 32.2(b)(3).

Upon entry of this Order, the United States is authorized to commence any

applicable proceeding to comply with Title 21, United States Code, Section 853(n)

governing third party rights, including giving notice of this Order.

The United States shall publish on the Government's official Internet website,

www.forfeiture.gov, in accordance with the Rule G(4) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions, of this order and the United

States' intent to dispose of the property in such a manner as the Attorney General may

direct. The United States may also, to the extent practicable, provide written notice to any

person known to have an alleged interest in the Subject Property. Title 21, United States

Code, Section 853(n)(1).

Any person, other than the above named Defendant, asserting a legal interest in the

Subject Property may, within thirty days of receipt of notice, petition the court for a hearing

without a jury to adjudicate the validity of his/her alleged interest in the Subject Property,

and for an amendment of the order of forfeiture, pursuant to Title 21, United States Code,

Section 853(n)(2)-(6).

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order

of Forfeiture shall become final as to the Defendant at sentencing – or before sentencing if

the Defendant consents – and the court must include the forfeiture when orally announcing the sentence or must otherwise ensure that the Defendant knows of the forfeiture at sentencing. The court must also include the forfeiture order, directly or by reference, in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Subject Property, and any additional facts supporting the petitioner's claim and the relief sought. Title 21, United States Code, Section 853(n)(3).

The United States shall have clear title to the Subject Property following the Court's disposition of all third party interests, or, if none are asserted, following the expiration of the period provided in Title 21, United States Code, Section 853(n) for the filing of third party petitions. Title 21, United States Code, Section 853(n)(7).

The Court shall retain jurisdiction to enforce and amend this Order as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED**.

Dated this 1st day of March, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE